JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JITENDER JITENDER,

           Petitioner,

vs.

WARDEN, ADELANTO
DETENTION FACILITY,
ADELANTO CA, et al.

           Respondents.

CASE NO. 5:26-cv-00520-DOC-SK

**JUDGMENT**

Pursuant to the Stipulated Order Granting Petition for Writ of Habeas Corpus**, IT IS ADJUDGED** that the Petition is granted, as stipulated by the parties, such that Respondents shall provide Petitioner with an individualized bond hearing before a neutral immigration judge within seven days of entry of the Stipulated Order in accordance with 8 U.S.C. § 1226(a).

The Clerk of Court is directed to close this case.

DATED: <u>April 17, 2026</u>

_____
STEVE KIM
United States Magistrate Judge

1